237 A.2d 115.

SEABOARD FOUNDRY, INC. *vs.* ZONING BOARD OF REVIEW OF
THE TOWN OF JOHNSTON.

JANUARY 10, 1968.

PRESENT: Roberts, C. J., Paolino, Powers, Joslin and Kelleher, JJ.

PER CURIAM. This is a petition for certiorari to review
a decision of the Zoning Board of Review of the Town of
Johnston denying the petitioner's application for special
permission to construct in an Industrial E district a build-
ing in which it proposed to store and anneal castings inci-
dent to its foundry operations. That use, although per-
mitted in an Industrial E district, in this instance required
a special permit from the board because the petitioner's
premises were located within 300 feet of a Residence Dis-
trict.[1] The writ of certiorari issued and the pertinent rec-
ords have been certified to this court.

Section XVII of the zoning ordinance limits the issuance
of a special Industrial E use permit to those cases where

---

[1]Section IX, B, of the ordinance reads in part:
"B. Special Permit Uses.
In an Industrial E District a building may be erected, altered, or used,
and a lot or premises may be used for any of the following purposes, only
upon a Special Permit issued by the Zoning Board of Review as provided
in Section XVII:
"1. Any of the uses set forth in sub-section (A) hereof located within 300
feet of a Residence District."

the board has first determined that the proposed use will serve the general welfare and will not substantially injure adjoining properties. The record before us contains not even a scintilla of competent evidence upon which the board could have premised the prerequisite findings, and it therefore would have lacked authority to act affirmatively upon petitioner's application. *Melucci* v. *Zoning Board of Review,* 101 R. I. 649, 226 A.2d 416; *Klowan* v. *Zoning Board of Review,* 99 R. I. 252, 207 A.2d 42; *Baker* v. *Zoning Board of Review,* 102 R. I. 134, 228 A.2d 859.

The petition for certiorari is denied and dismissed, the writ heretofore issued is quashed, and the records certified to this court are ordered returned to the respondent board with our decision endorsed thereon.

*Hinckley, Allen, Salisbury & Parsons, Guy J. Wells, William P. Thornton, Jr.,* of counsel, for petitioner.

*John P. Bourcier,* Town Solicitor, *Frederick R. DeCesaris,* Assistant Town Solicitor, for respondent.